SHARP ET AL. v. PILLSBURY FLOUR MILLS COMPANY.

[No. 11,328. Filed November 16, 1922.]

APPEAL.—*Briefs.*—*Absence of Statement of Evidence.*—*Questions Presented.*—Where appellant's only assigned error is the overruling of his motion for a new trial, and the grounds for a new trial stated in the motion require a consideration of the evidence, no error is presented where appellant fails to include a statement of the evidence in his brief.

From Miami Circuit Court; *Albert Ward,* Judge.

Action by the Pillsbury Flour Mills Company against Charles Sharp and Ralph Overman, doing business under the firm name and style of Sharp and Overman. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Tillett & Lawrence,* for appellant.

*Guy R. York* and *Ellis E. Sluss,* for appellee.

NICHOLS, P. J.—Action by appellee against appellants to recover damages for an alleged breach of sale of a written contract for the sale of goods and merchandise. There was a trial by jury and a verdict for appellee, on which judgment was rendered.

The only error assigned is the action of the court in overruling appellants' motion for a new trial, the causes for which motion each pertain to the evidence. No error is presented for the reason that there is no statement of the evidence in appellants' brief.

Judgment affirmed.